MUNDO, DEMANDANTE, APELANTE Y APELADO, *v.* AGOSTO, DEMANDADO, APELADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en pleito sobre cobro de dinero.

No. 1899.—Resuelto en marzo 31, 1919.

EVIDENCIA.—La preponderancia de la evidencia no depende del número de testigos.

COSTAS—HONORARIOS DE ABOGADO—TEMERIDAD.—Habiendo la corte inferior llegado definitivamente a la conclusión de que el demandante y sus testigos merecían mayor veracidad que los testigos de la defensa, y habiendo demostrado otras circunstancias del caso que el demandado era culpable de temeridad en su defensa, debieron haberse impuesto al demandado las costas y honorarios de abogado.

Los hechos están expresados en la opinión.

Abogado del demandante: *Sr. Luis Méndez Vas.*

Abogado del demandado: *Sr. Manuel F. Rossy.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En este caso habiendo pagado el apelado la suma de $853.86, que el apelante debía a otra persona, insiste dicho apelante en que devolvió dicha cantidad al apelado. Hubo verdadero conflicto en la prueba aducida por ambas partes en el pleito. Además de las partes, dos testigos fueron presentados durante el juicio, que declararon en sentido más o menos favorable para el apelante. Se mostraron en el juicio los libros del apelado pero solamente contenían el asiento

del crédito contra el apelante, existiendo además dos saldos efectuados mediante pagarés entre las partes, de donde se excluía necesariamente el pago hecho por el apelante de la referida suma. El primer pagaré fué por la suma de $2,391.40. El apelante pagó $1,300 y otorgó un nuevo pagaré por $1,091.40 que es el pagaré objeto de esta acción. Sostiene el apelante que la expresada cantidad de $853.86 debió habérsele abonado en cuenta, o no debía habérsele cargado o incluído en ninguno de dichos saldos. La corte no dió crédito a las declaraciones de los dos testigos que no eran parte en el pleito, llegó a la conclusión de que no se presentó como prueba documento o prueba documental a favor del apelante y dictó, por tanto, sentencia por la totalidad de la suma reclamada.

No podemos insistir demasiado en el hecho de que la preponderancia de la prueba no depende del número de testigos y el apelado presentó robusta prueba documental y testifical para sostener su reclamación, respecto a la cual no tenemos razón para dudar después de las conclusiones a que llegó la corte. Además, toda la prueba documental incluyendo los dos pagarés por saldo, era favorable para el apelado y se necesitaría una prueba muy fuerte para destruir la que de tal modo fué presentada. Verdaderamente que existieron otras circunstancias en el caso que confirman la conclusión a que llegó la corte, entre otras, las gestiones hechas por el apelante en la fecha en que hizo el nuevo pagaré.

El demandante también apeló y señala cómo error el hecho de que la corte debió haber concedido costas no solamente porque las costas y honorarios de abogado estaban incluídos en el pagaré objeto de esta acción, sino también porque podía considerarse al demandado como litigante temerario. Habiendo finalmente la corte llegado a la conclusión de que había de dársele crédito al demandante y a sus testigos y no a los del demandado, y apreciando las demás circunstancias reseñadas en el caso, entendemos que la defensa alegada mostraba necesariamente temeridad por parte del demanda-

do y que la corte debió también haber concedido costas y honorarios al demandante, independientemente del contrato del demandado. Sin embargo, el pagaré que se reclama no dejó lugar a duda.

.La sentencia dictada por la Corte de Distrito de San Juan debe confirmarse en cuanto declara con lugar la demanda condenando al demandado a pagar al demandante la suma de $1,091.40, con intereses legales desde la interposición de la demanda hasta la fecha en que el pago se verifique, y revocarse en cuanto no hace especial condena de costas, condenando en su lugar al demandado al pago de costas y honorarios de abogado.

> *Confirmada la sentencia apelada que condena al demandado al pago de $1,091.40 con intereses legales y revocada en cuanto no hace mención especial de costas, condenándolo en su lugar al pago de costas y honorarios de abogado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.